UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROBERT MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 3:21-cv-00125 |
| | ) |
| ODULAIR, LLC and | ) |
| ANITA CHAMBERS, | ) |
| | ) |
| Defendants. | ) |

## ORDER

The Plaintiff has filed a Notice of Voluntary Dismissal. (Doc. No. 12). Accordingly, this action is **DISMISSED**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE